RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/25/14

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **CLARENCE WALKER NELSON** | **CIVIL ACTION NO. 13-3070** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **WARDEN, LOUISIANA STATE PENITENTIARY** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Nelson's petition for writ of habeas corpus is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** at Alexandria, Louisiana, this 25th day of August, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE